1  Shaun Setareh (SBN 204514)
         shaun@setarhlaw.com
2  Tuvia Korobkin (SBN 268066)
         tuvia@setarehlaw.com
3  Neil Larsen (SBN 276490)
         neil@setarehlaw.com
4  **SETAREH LAW GROUP**
   9454 Wilshire Boulevard, Suite 907
5  Beverly Hills, California  90212
   Telephone:     (310) 888-7771
6  Facsimile:     (310) 888-0109

7  Attorneys for Plaintiff, DALE WILSON

8
   MORGAN, LEWIS & BOCKIUS LLP
9  Melinda S. Riechert, Bar No. 65504
   mriechert@morganlewis.com
10 Caitlin V. May, Bar No. 293141
   cmay@morganlewis.com
11 2 Palo Alto Square
   3000 El Camino Real, Suite 700
12 Palo Alto, California  94306
   Telephone:     +1.650.843.4000
13 Facsimile:     +1.650.843.4001

14
   Kathryn T. McGuigan, Bar No. 232112
15 kmcguigan@morganlewis.com
   300 South Grand Avenue
16 Twenty-Second Floor
   Los Angeles, California  90071-3132
17 Telephone:     +1.213.612.2500
   Facsimile:     +1.213.612.2501

18
   Attorneys for Defendant
19 TE CONNECTIVITY NETWORKS, INC.; and
   TYCO ELECTRONICS CORPORATION
20

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DALE WILSON, individually and on behalf of all others similarly situated, | Case No.: 3:14-cv-04872-EDL |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING CONTINUANCE OF HEARING ON MOTION TO REMAND AND CASE MANAGEMENT CONFERENCE** |
| vs. | |
| TE CONNECTIVITY NETWORKS, INC., a Minnesota corporation; and DOES 1-50, inclusive, | |
| Defendants. | |

1

Having read and considered the Parties' Joint Stipulation requesting a continuance of the Case Management Conference and Hearing on Motion to Remand ("Joint Stipulation"), filed concurrently herewith, and for good cause shown,

1. The Parties' Joint Stipulation is hereby GRANTED;
2. The hearing on Plaintiff's Motion for Remand, and the Case Management Conference in this case, both previously scheduled for March 10, 2015, are continued to March 24, 2015.

**IT IS SO ORDERED**.

Dated: March 4, 2015

*Elijah D. Laporte* (signature)
Honorable Elizabeth D. Laporte
U.S. MAGISTRATE JUDGE

[Proposed] Order Granting Stipulation and Joint Request to Continue Remand Motion and CMC

DB2/ 25772813.1