UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DALE WILSON,

      Plaintiff,

  v.

TE CONNECTIVITY NETWORKS, INC., et al.,

      Defendants.

Case No.  14-cv-04872-EDL

**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**

At the March 24, 2015 Case Management Conference, the Court set the following case management dates.

1. The last day to join other parties or amend the pleadings shall be April 30, 2015.

2. A further case management conference is scheduled for September 8, 2015 at 10:00 a.m. A joint case management conference statement shall be filed no later than September 1, 2015.

3. Plaintiff's Motion for Class Certification shall be filed no later than March 1, 2016. Defendants' opposition shall be filed no later than April 14, 2016. Plaintiff's reply shall be filed no later than May 13, 2016. Plaintiff's Motion shall be heard on June 14, 2016.

**IT IS SO ORDERED.**

Dated: March 26, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge